1

2  Pamela G. Sotoodeh
   pgs@thelawgroupltd.com
3  Kurt D. Hyzy
   kdh@thelawgroupltd.com
4  THE LAW GROUP, LTD.
   Three First National Plaza, 50th Floor
5  Chicago, Illinois 60605
   Telephone: (312) 558-6444
6  Facsimile: (312) 558-1112
   Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  _____   )
                                     ) Case No. C 06-6337
12  IN RE: BEXTRA AND CELEBREX       )
    MARKETING SALES PRACTICES AND    )
13  PRODUCT LIABILITY LITIGATION     ) **MDL NO. 1699**
                                     ) **District Judge: Charles R. Breyer**
14  _____   )
                                     )
15  ROBERT A. ALLEN, MELENA R.       )
    BOWMAN on behalf of RENA D.      )
16  AYERS, PHILIP BROWN on behalf of ) **STIPULATION AND ORDER OF**
    ELSIE M. BROWN, WILLIAM          ) **DISMISSAL WITH PREJUDICE**
17  ANDERSON on behalf of MARY E.    )
    DAVIS, ROBERT E. HAUGH on behalf )
18  of THERESE M. HAUGH, RUTH        )
    KARLOVSKY, EDNA MAE KIRBY,       )
19  PAMELA J. LARKINS, MARY E. NEAL  )
    on behalf of LEROY NEAL, WILLIAM )
20  D. NICKERSON on behalf of CLARE  )
    NICKERSON, PATTI J. O'MEARA,     )
21  BETH M. OLIVER, CAROLYN J.       )
    PEOPLES, HARRY M. PLESS, NANCY   )
22  ROACH, JOHN W. TRZOSKI,          )
    RONALD J. WERNER, JOHN           )
23  REIGHTLER, JR. on behalf of PAMELA)
    L. REIGHTLER, KERRY WORKS on     )
24  behalf of BESSE JOHNSON, and     )
    CARMINE YORIO,                   )
25              Plaintiffs,

26       vs.

27  Pfizer, Inc., et al.
                Defendants.
28

-1-

Come now the Plaintiffs, (ROBERT A. ALLEN, MELENA R. BOWMAN on behalf of RENA D. AYERS, PHILIP BROWN on behalf of ELSIE M. BROWN, WILLIAM ANDERSON on behalf of MARY E. DAVIS, ROBERT E. HAUGH on behalf of THERESE M. HAUGH, RUTH KARLOVSKY, EDNA MAE KIRBY, PAMELA J. LARKINS, MARY E. NEAL on behalf of LEROY NEAL, WILLIAM D. NICKERSON on behalf of CLARE NICKERSON, PATTI J. O'MEARA, BETH M. OLIVER, CAROLYN J. PEOPLES, HARRY M. PLESS, NANCY ROACH, JOHN W. TRZOSKI, RONALD J. WERNER, JOHN REIGHTLER, JR. on behalf of PAMELA L. REIGHTLER, KERRY WORKS on behalf of BESSE JOHNSON, and CARMINE YORIO), and Defendants, Pfizer, Inc. et al by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: April 28, 2009

THE LAW GROUP, LTD.

By: *Pamela Sotoodeh* (signature)

Pamela G. Sotoodeh, #6284622
Kurt D. Hyzy, #6196871
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112

*Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated: June 16, 2009

GORDON & REES

/s/

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
Tel: 415.986.5900
Fax: 415.986.8054

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2009



Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

PFZR/1035934/6190655v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE